**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:  6:19-bk-17086-WJ** |
| **BRETT A JONES** | **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT (DISMISSED CASE)** |
| Debtor(s). | |

On 09/11/2019, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/23/2019 at Riverside, California.

Dated:  10/23/2019

_____
Rod Danielson, Chapter 13 Trustee

FG:049